**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Mark Castillo, obo, | ) | No. CV-08-01223-PHX-LOA |
| Christina Kasprick, deceased, | ) | **ORDER** |
| Plaintiff, | ) | |
| vs. | ) | |
| Michael Astrue, Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

I, Lawrence O. Anderson, Magistrate Judge of the United States District for the District of Arizona, hereby:

**GRANT** the application for leave to proceed in forma pauperis, without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk shall forthwith notify the Plaintiff of the entry of this Order.

DATED this 9th day of July, 2008.

Lawrence O. Anderson
United States Magistrate Judge